1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8     CLETE REO HART, P82312,                    )

9                          Plaintiff(s),         )          No. C 14-0124 CRB (PR)
                                                 )
10              vs.                              )          ORDER OF TRANSFER
                                                 )
11    J. KLOPH, et al.,                          )          (Docket #3)
                                                 )
12                       Defendant(s).           )
      _____                )

13

14          Plaintiff, a prisoner at Salinas Valley State Prison, has filed a pro se complaint for

15    damages under 42 U.S.C. § 1983 alleging that two psychiatric technicians tried to kill

16    him while he was at the California Medical Facility in Vacaville.  A substantial part of

17    the events or omissions giving rise to the claim(s) occurred, and the defendants named

18    reside, in the County of Solano, which lies within the venue of the Eastern District of

19    California.  See 28 U.S.C. § 84(b).  Venue therefore properly lies in the Eastern District.

20    See id. § 1391(b).

21          Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28

22    U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for

23    the Eastern District of California.

24          The clerk shall transfer this matter and terminate all pending motions as moot.

25    SO ORDERED.

26    DATED: Jan. 13, 2014          _____
                                    CHARLES R. BREYER
27                                  United States District Judge

28    G:\PRO-SE\CRB\CR.14\Hart, C.14-0124.transfer.wpd