UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLETE REO HART,<br><br>    Plaintiff,<br><br>  v.<br><br>J. KLOPH, et al.,<br><br>    Defendants. | No. 2:14-cv-0101 MCE CKD P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 along with an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a).

      Court records indicate that plaintiff is a "three strikes" litigant pursuant to 28 U.S.C. §1915(g). In Hart v. California Medical Facility, 2:13-cv-1961 MCE EFB P (E.D. Cal.), the district court on November 6, 2013 denied plaintiff's request to proceed in forma pauperis, adopting findings that the following actions constituted "strikes":

      (1) Hart v. Trust Account Office, 2:05-cv-1668 FCD DAD P (dismissed July 14, 2006 as duplicative and frivolous[1]);

---

[1] See 2:13-cv-1961 MCE EFB P, ECF No. 9 at 2, n.1 (action dismissed as duplicative was also frivolous and constituted "strike").

1

    (2) <u>Hart v. Bigney</u>, 2:05-cv-2063 MCE DAD P (dismissed July 17, 2006 as frivolous and for failure to state a claim); and

    (3) <u>Hart v. CMF</u>, 2:06-cv-0470 LKK KJM P (dismissed January 26, 2007 as frivolous).

Having independently reviewed the records of these actions, the undersigned agrees that all three dismissals were "strikes." Moreover, plaintiff's allegations in the instant complaint do not suggest that he is imminent danger of serious physical harm.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, the $400 filing fee for this action. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: January 29, 2014

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / hart0101.3strikes

2